**Megan Pierce (SBN 314044)**
megan@loevy.com
Loevy & Loevy
311 N. Aberdeen St., 3rd Fl.
Chicago, IL 60607
Phone: (312) 243-5900
Fax: (312) 243-5902

**Jan Stiglitz (SBN 103815)**
js@cwsl.edu
Law Office of Jan Stiglitz
14462 Garden Tr.
San Diego, CA 92127
Phone: (619) 807-5890

*Counsel for Plaintiff*

# UNITED STATES DISTRICT COURT FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KIMBERLY LONG,<br><br>Plaintiff,<br><br>v.<br><br>THOMAS WEEKS, RONALD ANDERSON, DANIEL BLOOMFIELD, ROBERT NEWMAN, DANIEL VERDUGO, JEFFREY GLENN, UNKNOWN EMPLOYEES of the CITY OF CORONA, and the CITY OF CORONA,<br><br>Defendants. | Case No. 5:21-cv-02008-DSF-E<br><br>Hon. Dale S. Fischer<br><br>District Judge<br><br>**RESPONSE TO ORDER TO SHOW CAUSE (Dkt. 25)** |

Plaintiff KIMBERLY LONG, by her undersigned attorneys, hereby responds to the Court's January 11, 2022, Order to Show Cause (Dkt. 25), stating as follows:

1. Pursuant to the time limits set forth in Rule 12(a)(1), certain Defendants' pleadings in response to Plaintiff's Complaint were initially due in early January. Fed. R. Civ. P. 12(a)(1).

2. On December 15, 2021, Defendants' counsel notified Plaintiff's counsel that he would be seeking a 15-day extension, until January 18, 2022, in which to file a responsive pleading. Exh. 1, Email Exchange Dated Dec. 15, 2021. Plaintiff agreed to not oppose the extension. *Id.*

3. On January 12, 2022, Defendants' counsel indicated that Defendants needed until January 24, 2022 to respond to Plaintiff's Complaint. Exh. 2, Email Exchange Dated January 12, 2022. Plaintiff again agreed not to oppose the extension. *Id.*

4. On January 21, 2022, Plaintiff's counsel inquired with Defendants' counsel about the status of Defendants' motion for an extension, and Defendants responded that they would file their responsive pleadings on January 24th. Exh. 3, Email Exchanged Dated January 24, 2022. Defendants' counsel then filed a responsive pleading on behalf of all Defendants on January 24. Dkt. 29.

5. Plaintiff has thus not failed to prosecute this action. Because all parties are actively participating in this litigation, none of the Defendants or claims should be dismissed for failure to prosecute.

**DATED: January 25, 2022**                    Respectfully submitted,

/s/ Jan Stiglitz
One of Plaintiff's Attorneys

Megan Pierce (megan@loevy.com)
Loevy & Loevy
311 N. Aberdeen St., 3rd Fl.
Chicago, IL 60607
Phone: (312) 243-5900


Jan Stiglitz (js@cwsl.edu)
Law Office of Jan Stiglitz
14462 Garden Tr.
San Diego, CA 92127
Phone: (619) 807-5890