**Megan Pierce (SBN 314044)**
megan@loevy.com
Loevy & Loevy
311 N. Aberdeen St., 3rd Fl.
Chicago, IL 60607
Phone: (312) 243-5900
Fax: (312) 243-5902

**Jan Stiglitz (SBN 103815)**
js@cwsl.edu
Law Office of Jan Stiglitz
14462 Garden Tr.
San Diego, CA 92127
Phone: (619) 807-5890

*Counsel for Plaintiff*

# UNITED STATES DISTRICT COURT FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KIMBERLY LONG,<br><br>     Plaintiff,<br><br>v.<br><br>THOMAS WEEKS, RONALD ANDERSON, DANIEL BLOOMFIELD, ROBERT NEWMAN, DANIEL VERDUGO, JEFFREY GLENN, UNKNOWN EMPLOYEES of the CITY OF CORONA, and the CITY OF CORONA,<br><br>     Defendants. | Case No. 5:21-cv-02008-DSF-E<br><br>Hon. Dale S. Fischer<br><br>District Judge<br><br>**RESPONSE TO ORDER TO SHOW CAUSE (Dkt. 26)** |

Plaintiff KIMBERLY LONG, by her undersigned attorneys, hereby responds to the Court's January 11, 2022, Orders to Show Cause (Dkt. 26), stating as follows:

1. Plaintiff filed this lawsuit on November 30, 2021. Dkt. 1.

2. The 90-day period for completing service runs through February 28, 2022. FED. R. CIV. P. 4.

3. Plaintiff successfully served all Defendants and filed proofs of service by January 12, 2022. *See* Dkt 16-21, 27-28.

4. Mr. John D. Higginbotham, Assistant City Attorney with the City of Corona, has appeared on behalf of all Defendants in this action. Dkts. 29 & 30; Exhibit 1 (December 15, 2021, email from Mr. Higginbotham).

5. Plaintiff has complied with Rule 4(m) and served all Defendants within 90 days of the filing of the complaint. Because Defendants have all been served and the parties are all actively participating in this litigation, Plaintiff respectfully submits that none of the Defendants or claims should be dismissed for failure to prosecute.

**DATED: January 25, 2022**                             Respectfully submitted,

/s/ Jan Stiglitz
One of Plaintiff's Attorneys

Megan Pierce (megan@loevy.com)
Loevy & Loevy
311 N. Aberdeen St., 3rd Fl.
Chicago, IL 60607
Phone: (312) 243-5900

Jan Stiglitz (js@cwsl.edu)
Law Office of Jan Stiglitz
14462 Garden Tr.

San Diego, CA 92127
Phone: (619) 807-5890