**Megan Pierce** (SBN 314044)
**Ruth Brown**, IL Bar: 6299187*
**Steven Art**, IL Bar: 6302319*
**Makeba Rutahindurwa**, IL Bar: 6335098*
ruth@loevy.com
Loevy & Loevy
311 N. Aberdeen St., 3rd Fl.
Chicago, IL 60607
Phone: (312) 243-5900

**Jan Stiglitz** (SBN 103815)
js@cwsl.edu
Law Office of Jan Stiglitz
14462 Garden Tr.
San Diego, CA 92127
Phone: (619) 807-5890

**Michael D. Seplow** (SBN 150183)
mseplow@sshhzlaw.com
Schonbrun Seplow Harris
Hoffman & Zeldes LLP
9415 Culver Boulevard, #115
Culver City, CA 90232
Phone: (310) 396-0731
*Admitted pro hac vice*

*Counsel for Plaintiff*

# UNITED STATES DISTRICT COURT FOR THE CENTRAL DISTRICT OF CALIFORNIA

| KIMBERLY LONG, <br><br>  Plaintiff, <br><br> v. <br><br> THOMAS WEEKS, et al., <br><br>  Defendants. | Case No. 5:21-cv-02008-FWS <br><br> Hon. Fred W. Slaughter, District Judge <br><br> Magistrate Judge Charles F. Eick <br><br> **PLAINTIFF'S NOTICE OF SUPPLEMENTAL AUTHORITY IN OPPOSITION TO MOTION TO DISMISS OF DEFENDANTS NEWMAN & VERDUGO (Dkt. 72-1)** <br><br> Motion to Dismiss Hearing Date: Vacated by Court Order (Dkt. 93) |
|---|---|

LOEVY & LOEVY
Attorneys at Law

Plaintiff Kimberly Long, by and through her counsel, respectfully submits the following notice of supplemental authority.

1.  The following supplemental authority supports Plaintiff's response in opposition to the pending motions to dismiss on the topic of the intracorporate conspiracy doctrine: *Lobato v. Las Vegas Metropolitan Police Dep't*, No. 219CV01273RFBEJY, 2022 WL 4017055, at *12-13 (D. Nev. Sept. 1, 2022). The parties' dispute regarding the intracorporate conspiracy doctrine is set forth in the Motion to Dismiss of Defendants Newman and Verdugo (Dkt. 72-1 at 9-10 & 13-14), and Plaintiff Long's response in opposition (Dkt. 85 at 16-18 & 23-24). Although the new *Lobato* decision is a summary judgment decision, its discussion of the intracorporate conspiracy doctrine bears on the Parties' dispute in this case.

3.  Plaintiff Long could not have cited the *Lobato* decision in her response to the motions to dismiss because it issued on September 1, 2022, after the August 5, 2022 filing deadline for Plaintiff's response briefs.

WHEREFORE, Plaintiff respectfully submits the above-cited decision for the Court's consideration in connection with her response to Defendants' Motions to Dismiss (Dkt. 85 at 16-18 & 23-24).

**DATED:** September 13, 2022

Respectfully submitted,

**KIMBERLY LONG**

By: /s/ Ruth Brown

One of Plaintiff's Attorneys

## **CERTIFICATE OF SERVICE**

I, Ruth Brown, an attorney, certify that on September 13, 2022, the foregoing was filed via the court's ECF system, which effectuated service on all counsel who have appeared in the case.

By: /s/ Ruth Brown
One of Plaintiff's Attorneys

LOEVY & LOEVY
Attorneys at Law