**Steven Art**, IL Bar: 6302319*
**Elizabeth Wang**, CO Bar: 45976, IL Bar 6287634*
**Lauren Carbajal** (SBN 336485)
steve@loevy.com
elizabethw@loevy.com
carbajal@loevy.com
Loevy & Loevy
311 N. Aberdeen St., 3rd Fl.
Chicago, IL 60607
Phone: (312) 243-5900
Fax: (312) 243-5902

**Michael D. Seplow** (SBN 150183)
mseplow@sshhzlaw.com
Schonbrun Seplow Harris Hoffman & Zeldes LLP
9415 Culver Boulevard, #115
Culver City, CA 90232
Phone: (310) 396-0731
Counsel for Plaintiff
*Pro hac vice admission

**Jan Stiglitz (SBN 103815)**
js@cwsl.edu
Law Office of Jan Stiglitz
14462 Garden Tr.
San Diego, CA 92127
Phone: (619) 807-5890

# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Kimberly Long,<br><br>        Plaintiff,<br><br>v.<br><br>Thomas Weeks, et al.<br><br>        Defendants. | Case No. 5:21-cv-02008-FWS-E<br><br>**PLAINTIFF'S NOTICE OF SUPPLEMENTAL AUTHORITY**<br><br>Date:        July 11, 2024<br>Time:       10:00 a.m.<br>Courtroom:  10D<br>Judge:      Hon. Fred W. Slaughter |

      Plaintiff, Kimberly Long, through her attorneys, respectfully submits this Notice of Supplemental Authority and states as follows:

1. In their supplemental brief on qualified immunity, Defendants cite extensively to *Estate of Hernandez v. City of Los Angeles*, 96 F.4th 1209 (9th Cir. 2024). *See* Dkt. 141 at 9-10 (arguing that case law requires "materially indistinguishable" precedent before qualified immunity is denied); *id.* at 10 (arguing that recent Ninth Circuit decisions have altered the qualified-immunity analysis); *id.* at 11 (citing *Hernandez* for the proposition that "precedent with dissimilar facts does not constitute clearly established law"); *id.* at 12 (quoting at length from *Hernandez*).

2. This Monday, July 8, 2024, the Ninth Circuit granted rehearing *en banc* in *Hernandez*, vacating the decision on which Defendants rely. *See Hernandez v. City of Los Angeles*, 96 F.4th 1209 (9th Cir. 2024), *rehearing en banc granted and vacated, Hernandez v. City of Los Angeles*, No. 21-55994, 2024 WL 3322350, at *1 (9th Cir. July 8, 2024).

3. Plaintiff submits the Ninth Circuit's grant of rehearing in *Hernandez* in support of her Supplemental Brief on Qualified Immunity [Dkt. 144], and thus presents it to the Court as supplemental authority.

      Respectfully submitted,

      **KIMBERLY LONG**

By: /s/ Steven Art_____
*One of Plaintiff's attorneys*

**Steven Art**, IL Bar: 6302319*
**Elizabeth Wang**, CO Bar: 45976*, IL Bar 6287634

1

**Lauren Carbajal** (SBN 336485)
steve@loevy.com
LOEVY & LOEVY
311 N. Aberdeen Street, 3rd Floor
Chicago, Illinois 60607
(312) 243-5900
(312) 243-5902 (Fax)
*admitted pro hac vice

## CERTIFICATE OF SERVICE

I, Steven Art, an attorney, certify that on July 10, 2024, I caused the foregoing notice to be filed via the Court's electronic filing system, which effected service on all counsel of record.

/s/ Steven Art

2