# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KIMBERLY LONG<br><br>Plaintiff(s),<br><br>v.<br><br>THOMAS WEEKS, et al.<br><br>Defendant(s). | CASE NUMBER:<br><br>5:21–cv–02008–FWS–E<br><br><br><br>**NOTICE TO FILER OF DEFICIENCIES IN FILED DOCUMENT** |

**PLEASE TAKE NOTICE:**

The following problem(s) have been found with your filed document:

Date Filed:    7/12/2024

Document No.:    155

Title of Document:    Stipulation of Dismissal of Defendant Glenn Rule 41

**ERROR(S) WITH DOCUMENT:**

Incorrect document is attached to the docket entry.

Incorrect event selected. Correct event to be used is: Dismiss Party – under Category – Stipulation

Joint Stipulation re Discovery Motion (Rule 37) Document event utilized in docketing this filing. Counsel shall use the SEARCH function on the CM/ECF toolbar for events if you are unsure of the events to use.

Other:

**Note:    In response to this notice, the Court may: 1) order an amended or corrected document to be filed; 2) order the document stricken; or 3) take other action as the Court deems appropriate. You need not take any action in response to this notice unless and until the Court directs you to do so.**

Clerk, U.S. District Court

Dated: July 16, 2024                    By:  /s/ Jenny Lam  Jenny_Lam@cacd.uscourts.gov
                                             Deputy Clerk

*cc: Assigned District Judge and/or Magistrate Judge*

**Please refer to the Court's website at www.cacd.uscourts.gov for Local Rules, General Orders, and applicable forms.**

G–112A(06/24) NOTICE TO FILER OF DEFICIENCIES IN FILED DOCUMENTS