UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES – GENERAL

Case No.: 5:21-cv-02008-FWS-E                               Date: July 16, 2024
Title: Kimberly Long v. Thomas Weeks *et al.*

Present: **HONORABLE FRED W. SLAUGHTER, UNITED STATES DISTRICT JUDGE**

| Melissa H. Kunig | N/A |
|---|---|
| Deputy Clerk | Court Reporter |

Attorneys Present for Plaintiff:                Attorneys Present for Defendants:

Not Present                                                          Not Present

**PROCEEDINGS: ORDER RE PARTIES' RULE 41 STIPULATION OF DISMISSAL OF DEFENDANT GLENN [155]**

The court has received and reviewed the Parties' Rule 41 Stipulation of Dismissal of Defendant Glenn (the "Stipulation"). (Dkt. 155.) In the Stipulation, "Plaintiff and Defendants stipulate pursuant to Rule 41(a)(1)(A)(ii) that all of Plaintiff's claims against Defendant [Jeffrey] Glenn ['Glenn'] are hereby dismissed with prejudice, with Plaintiff and Defendant Glenn each to bear their respective fees and costs as against each other." (*Id.* at 2.) The parties note that "[t]his [S]tipulation does not affect any of Plaintiff's claims against any of the Defendants other than Defendant Glenn, nor does it affect any rights any other Defendant may have against Plaintiff." (*Id.*) Based on the files and records in this case, the applicable law, and for the good cause demonstrated in the Stipulation, the court **ORDERS** that all of Plaintiff's claims against Glenn are **DISMISSED WITH PREJUDICE**, and that Plaintiff and Glenn will each bear their respective fees and costs as against each other.

Initials of Deputy Clerk:  mku

1