1  John D. Higginbotham (SBN 204179)
2  Neil D. Okazaki (SBN 201367)
   Dean Derleth, City Attorney
3  City Attorney's Office
   City of Corona
4  400 S. Vicentia Ave., 3rd Floor
   Corona, CA 92882
5  Tel,: (951) 279-3506
   E-mail: john.higginbotham@coronaca.gov
6          neil.okazaki@coronaca.gov

7  Dean Gazzo Roistacher LLP
   Mitchell D. Dean, Esq. (SBN 128926)
8  Lee H. Roistacher, Esq. (SBN 179619)
   440 Stevens Avenue, Suite 100
9  Solana Beach, CA 92075
   Telephone: (858) 380-4683
10 Facsimile: (858) 492-0486
   E-mail:  mdean@deangazzo.com
11          lroistacher@deangazzo.com

12 Attorneys for Defendants
   City of Corona, Thomas Weeks,
13 Ronald Anderson, Daniel Bloomfield,
   Robert Newman, and Daniel Verdugo

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| KIMBERLY LONG,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>THOMAS WEEKS, RONALD ANDERSON, DANIEL BLOOMFIELD, ROBERT NEWMAN, DANIEL VERDUGO, JEFFREY GLENN, UNKNOWN EMPLOYEES of the CITY OF CORONA, and the CITY OF CORONA,<br><br>　　　　Defendants. | Case No.: 5:21-cv-02008-FWS-E<br><br>**NOTICE OF APPEAL**<br><br>Dept:　　Courtroom 10D<br>Judge:　　Fred W. Slaughter<br>Magistrate: Judge Charles F. Eick<br><br>Complaint Filed: November 30, 2021<br>Trial Date:　　June 3, 2025 |

　　　Defendants Thomas Weeks, Ronald Anderson, Daniel Bloomfield, Robert Newman, and Daniel Verdugo appeal to the United States Court of Appeal for the Ninth Circuit from the district court's July 17, 2024 order denying their

1

motion to dismiss plaintiff Kimberly Long's claims under 42 U.S.C. section 1983 on the basis of qualified immunity (Doc. No. 158).

  Attached to this notice is a representation statement.

Dated: July 17, 2024          Dean Gazzo Roistacher LLP

By: */s/ Lee H. Roistacher*
   Mitchell D. Dean
   Lee H. Roistacher
   Attorneys for Defendants
   City of Corona, Thomas Weeks,
   Ronald Anderson, Daniel
   Bloomfield, Robert Newman, and
   Daniel Verdugo

UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT

Form 6. Representation Statement

*Instructions for this form:* http://www.ca9.uscourts.gov/forms/form06instructions.pdf

**Appellant(s)** (List **each** party filing the appeal, do not use "et al." or other abbreviations.)

Name(s) of party/parties:
Ronald Anderson, Daniel Bloomfield, Thomas Weeks, Robert Newman and Daniel Verdugo

Name(s) of counsel (if any):
Lee H. Roistacher, Esq., Mitchell D. Dean, Esq.; Dean Gazzo Roistacher LLP

Address: 440 Stevens Avenue, Suite 100, Solana Beach, CA 92075
Telephone number(s): 858-380-4683
Email(s): lroistacher@deangazzo.com; mdean@deangazzo.com

Is counsel registered for Electronic Filing in the 9th Circuit?    ● Yes    ○ No

**Appellee(s)** (List only the names of parties and counsel who will oppose you on appeal. List separately represented parties separately.)

Name(s) of party/parties:
Kimberly Long

Name(s) of counsel (if any):
Steven E. Art, Esq., Loevy and Loevy

Address: 311 North Aberdeen Street, 3rd Floor, Chicago, IL 60607
Telephone number(s): 312-243-5900
Email(s): steve@loevy.com                                          ;

*To list additional parties and/or counsel, use next page.*

Feedback or questions about this form? Email us at forms@ca9.uscourts.gov

Form 6                                       1                              New 12/01/2018

Continued list of parties and counsel: *(attach additional pages as necessary)*

**Appellants**

Name(s) of party/parties:
Ronald Anderson, Daniel Bloomfield, Thomas Weeks, Robert Newman and Daniel Verdugo

Name(s) of counsel (if any):
John D. Higginbotham, Neil D. Okazaki, Dean Derleth, City Attorney's Office, City of Corona

Address: 400 S. Vicentia Ave., 3rd Floor, Corona, CA 92882

Telephone number(s): 951-279-3506

Email(s): john.higginbotham@coronaca.gov; Neil.Okazaki@coronaca.gov

Is counsel registered for Electronic Filing in the 9th Circuit?   ⊙ Yes   ○ No

**Appellees**

Name(s) of party/parties:
Kimberly Long

Name(s) of counsel (if any):
Jan Stiglitz, Esq., Law Office of Jan Stiglitz

Address: 14462 Garden Trail, San Diego, CA 92127

Telephone number(s): 619-807-5890

Email(s): js@cwsl.edu

Name(s) of party/parties:
Kimberly Long

Name(s) of counsel (if any):
Michael D. Seplow, Schonbrun Seplow Harris Hoffman and Zeldes LLP

Address: 9415 Culver Boulevard, Suite 115, Culver City, CA 90232

Telephone number(s): 310-396-0731

Email(s): mseplow@sshhzlaw.com

*Feedback or questions about this form? Email us at [forms@ca9.uscourts.gov](mailto:forms@ca9.uscourts.gov)*

Re:  *Kimberly Long v. Thomas Weeks, et al.*
     USDC Case No. 5:21-cv-02008-FWS-E

## Form 6. Representation Statement

## Attachment

**Name(s) of party/parties:**
Kimberly Long

**Name(s) of counsel (if any):**
Elizabeth Wang, Esq.
Loevy & Loevy
2060 Broadway, Ste. 460
Boulder, CO 80302
Tel.: (720) 328-5642
E-mail: elizabethw@loevy.com