John D. Higginbotham (SBN 204179)
Neil D. Okazaki (SBN 201367)
Dean Derleth, City Attorney
City Attorney's Office
City of Corona
400 S. Vicentia Ave., 3rd Floor
Corona, CA 92882
Tel,: (951) 279-3506
E-mail: john.higginbotham@coronaca.gov
         neil.okazaki@coronaca.gov

Dean Gazzo Roistacher LLP
Mitchell D. Dean, Esq. (SBN 128926)
Lee H. Roistacher, Esq. (SBN 179619)
440 Stevens Avenue, Suite 100
Solana Beach, CA 92075
Telephone: (858) 380-4683
Facsimile: (858) 492-0486
E-mail:  mdean@deangazzo.com
         lroistacher@deangazzo.com

Attorneys for Defendants
City of Corona, Thomas Weeks,
Ronald Anderson, Daniel Bloomfield,
Robert Newman, and Daniel Verdugo

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| KIMBERLY LONG, <br><br> Plaintiff, <br><br> v. <br><br> THOMAS WEEKS, RONALD ANDERSON, DANIEL BLOOMFIELD, ROBERT NEWMAN, DANIEL VERDUGO, JEFFREY GLENN, UNKNOWN EMPLOYEES of the CITY OF CORONA, and the CITY OF CORONA, <br><br> Defendants. | Case No.: 5:21-cv-02008-FWS-E <br><br> **CERTIFICATE OF SERVICE** <br><br> Dept:       Courtroom 10D <br> Judge:      Fred W. Slaughter <br> Magistrate: Judge Charles F. Eick <br><br> Complaint Filed: November 30, 2021 <br> Trial Date:      June 3, 2025 |

///

///

///

1

I, Maria E. Kilcrease, declare:

1. That I am and was at the time of service of the papers herein referred to, over the age of 18 years, and not a party to the action; and I am employed in the County of San Diego, California, in which county the within-mentioned mailing occurred. My business address is 440 Stevens Avenue, Suite 100, Solana Beach, California 92075 and my electronic address is mkilcrease@deangazzo.com.

On July 17, 2024, I served the following documents described as:

**NOTICE OF APPEAL; REPRESENTATION STATEMENT**

on all interested parties in this action addressed as follows:

Lauren Carbajal
Megan Pierce
Steven Art,
Loevy & Loevy
311 N. Aberdeen St., 3rd Fl.
Chicago, IL 60607
Tel: (312) 243-5900
E-mail: carbajal@loevy.com
steve@loevy.com

Elizabeth Wang
Loevy & Loevy
2060 Broadway, Ste. 460
Boulder, CO 80302
Tel: (720) 328-5642
E-mail: elizabethw@loevy.com

Michael D. Seplow (**Pro hac vice admission*)
Schonbrun Seplow Harris
Hoffman & Zeldes LLP
9415 Culver Boulevard, #115
Culver City, CA 90232
Tel: (310) 396-0731
E-mail: mseplow@sshhzlaw.com

///

///

///

///

Jan Stiglitz
Law Office of Jan Stiglitz
14462 Garden Tr.
San Diego, CA 92127
Tel: (619) 807-5890
E-mail: js@cwsl.edu

**Attorneys for Plaintiff**

John D. Higginbotham
Neil D. Okazaki
Dean Derleth, City Attorney
City Attorney's Office
City of Corona
400 S. Vicentia Ave., 3rd Floor
Corona, CA 92882
Tel,: (951) 279-3506
E-mail: john.higginbotham@coronaca.gov
         neil.okazaki@coronaca.gov

**Attorneys for Defendants, City of Corona, Thomas Weeks, Ronald Anderson, Daniel Bloomfield, Robert Newman, Daniel Verdugo and Jeffrey Glenn**

**X**    BY ELECTRONIC SERVICE: On the date stated above, I served the documents via CM/ECF described above on designated recipients through electronic transmission of said documents; a certified receipt is issued to filing party acknowledging receipt by CM/ECF's system. Once CM/ECF has served all designated recipients, proof of electronic service is returned to the filing party.

         BY FACSIMILE: By use of a facsimile machine, telephone number (858) 492-0486, at approximately _____ a.m./p.m. on _____, I served a copy of the documents described above on all designated recipients. The facsimile machine I used complied with California Rules of Court, Rule 2033(3)  and no error was reported by the machine.

         BY E-MAIL: On the date stated above, I caused to be served the document via E-mail described above on designated recipients.

         BY MAIL: By placing an envelope for collection and mailing following our ordinary business practices. I am readily familiar with the office's practice of collecting and processing of documents for mailing. Under that practice it would be deposited with the United States Postal Service on the same day in a sealed envelope with first-class postage prepaid at Solana Beach, California in the ordinary

course of a business day.

BY OVERNIGHT DELIVERY: I enclosed the documents in an envelope or package provided by an overnight delivery carrier and addressed to the persons at the addresses above. I placed the envelope or package for collection and overnight delivery at an office or a regularly utilized drop box of the overnight delivery carrier.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on July 17, 2024.

*Maria E. Kilcrease*
_____
Maria E. Kilcrease