JOHN D. HIGGINBOTHAM, Bar No. 204179
NEIL D. OKAZAKI, Bar No. 201367
JEREMIAH D. JOHNSON, Bar No. 293200
DEAN DERLETH, City Attorney
CITY ATTORNEY'S OFFICE
CITY OF CORONA
400 S. Vicentia Ave., 3rd Floor
Corona, California 92882
Tel.: (951) 279-3506
john.higginbotham@coronaca.gov
neil.okazaki@coronaca.gov
jeremiah.johnson@coronaca.gov

MITCHELL D. DEAN, Bar No. 128926
LEE H. ROISTACHER, Bar No. 179619
DEAN GAZZO ROISTACHER LLP
440 Stevens Avenue, Suite 100`
Solana Beach, CA 92075
Tel.: (858) 380-4683
mdean@deangazzo.com
lroistacher@deangazzo.com

Attorneys for Defendants
City of Corona, Thomas Weeks,
Ronald Anderson, Daniel Bloomfield,
Robert Newman, and Daniel Verdugo

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KIMBERLY LONG,<br><br>Plaintiff,<br><br>v.<br><br>THOMAS WEEKS, *et al*.,<br><br>Defendants. | Case No. 5:21-cv-02008-DSF-E<br><br>STIPULATION RE DISMISSAL OF CERTAIN CLAIMS, INDEMNITY, AND BIFURCATION OF PUNITIVE DAMAGE CLAIMS |

## STIPULATION

Plaintiff Kimberly Long, and Defendants Thomas Weeks, Ronald Anderson, Daniel Bloomfield, Robert Newman, Daniel Verdugo ("Individual Defendants"), and the City of Corona, ("City"), through their respective counsel of record, and in the interest of simplifying and streamlining this litigation by informally resolving certain issues which would otherwise involve months of further law and motion practice with uncertain results, hereby stipulate, agree, and request that the Court enter an order consistent with the following stipulations:

1. The City shall indemnify any judgment for compensatory damages against any of the Individual Defendants.

2. In exchange, Plaintiff's Count IV – *Monell* shall be dismissed in its entirety without prejudice and with leave to reinstate, until the entry of final judgment and exhaustion of appeals from that judgment, at which point the dismissal of Plaintiff's *Monell* claim shall be converted to a dismissal with prejudice, provided however that Plaintiff's *Monell* claim may be reinstated or refiled only if the City refuses to indemnify a judgment entered against any of the Individual Defendants.

3. Plaintiff's claim for punitive damages shall be bifurcated, with the trial of liability and compensatory damages occurring in the first phase, and the trial of punitive damages occurring in the second phase.  The City and Individual Defendants reserve the right to seek to bifurcate issues of liability and compensatory damages.

4. This Stipulation, any resulting order, and the issue of indemnification shall not be admissible, and Plaintiff, her counsel, and her witnesses shall not mention, refer to, examine any witness concerning, or attempt to introduce at trial of this action any evidence concerning or relating to this Stipulation, any resulting order, or the issue of indemnification, during the liability and compensatory

damages phase of trial. The parties reserve the right to take different positions about whether this Stipulation, any resulting order, and the issue of indemnification should be admissible in the punitive damages phase of trial.

5. Plaintiff's Fourth Amendment false arrest claim shall be dismissed in its entirety and with prejudice. This dismissal does not affect Plaintiff's §1983 Fourth Amendment malicious prosecution claim, which remains pending.

6. Plaintiff's Count III – Failure to Intervene, shall be dismissed in its entirety and with prejudice.

7. Plaintiff's Count IV – Conspiracy, which the Ninth Circuit found to be barred by qualified immunity (ECF 129, ¶ 3), shall be dismissed in its entirety and with prejudice.

8. Plaintiff's state law claims for malicious prosecution, respondent superior, and indemnification (Counts VI, IX, XI), which the Court dismissed without leave to amend, shall be dismissed in their entirety and with prejudice.

9. The City's motion to dismiss Plaintiff's Second Amended Complaint shall be deemed withdrawn.

Dated: September 23, 2025        LOEVY & LOEVY

By: /s/
STEVEN ART
Attorneys for Plaintiff
KIMBERLY LONG

Dated: September 23, 2025        CITY ATTORNEY'S OFFICE

By: /s/
JOHN D. HIGGINBOTHAM
Attorneys for Defendants
CITY OF CORONA, *et al*.

# PROOF OF SERVICE

At the time of service I was over 18 years of age and not a party to this action. My business address is 400 S. Vicentia Ave., Corona, CA 92882. On September 23, 2025, I served the following document(s):

**STIPULATION RE DISMISSAL OF CERTAIN CLAIMS, INDEMNITY, AND BIFURCATION OF PUNITIVE DAMAGE CLAIMS**

☐ **By United States mail.** I enclosed the documents in a sealed envelope or package addressed to the persons at the addresses listed below and deposited the sealed envelope with the United States Postal Service, with the postage fully prepaid. I am a resident or employed in the county where the mailing occurred. The envelope or package was placed in the mail at Corona, California.

☒ **By e-mail or electronic transmission.** Based on a court order or an agreement of the parties to accept service by e-mail or electronic transmission, I caused the documents to be sent to the person(s) at the e-mail addresses listed below. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

SEE ATTACHED SERVICE LIST

I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on September 23, 2025.

/s/
John Higginbotham

- 1 -

STIPULATION - CASE NO. 5:21-cv-02008-DSF-E

## SERVICE LIST

COUNSEL FOR PLAINTIFF

Elizabeth Wang
Steve Art
Loevy & Loevy
311 N. Aberdeen Street, 3rd Floor
Chicago, Illinois 60607
Phone: (312) 243-5900
Fax: (312) 243-5902
elizabethw@loevy.com
steve@loevy.com

Jan Stiglitz
Law Office of Jan Stiglitz
14462 Garden Tr.
San Diego, CA 92127
Phone: (619) 807-5890
js@cwsl.edu

Michael D. Seplow
Paul Hoffman
Hoffman & Zeldes LLP
9415 Culver Boulevard, #115
Culver City, CA 90232
Phone: (310) 396-0731
mseplow@sshhzlaw.com
hoffpaul@aol.com

CO-COUNSEL FOR DEFENDANTS

Mitchell D. Dean
Lee H. Roistacher
Dean Gazzo Roistacher LLP
440 Stevens Avenue, Suite 100`
Solana Beach, CA  92075
Tel.: (858) 380-4683
mdean@deangazzo.com
lroistacher@deangazzo.com